UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cr. No. 14-10238-MLW |
| | ) | |
| KENNETH ROBINSON, | ) | |
| Defendant. | | |

ORDER

WOLF, D.J.                                                          June 15, 2015

At the April 2, 2015 hearing, the parties requested that the court order an evaluation of defendant Kenneth Robinson to determine his competency to stand trial. The court ordered the parties to confer and report whether there are any Fifth and Sixth Amendment issues that should be considered before a competency evaluation is ordered, and what documents and information, if any, should be provided by the defendant to the Bureau of Prisons in connection with the evaluation. See April 2, 2015 Order. On May 12, 2015, the parties reported that there were no Fifth or Sixth Amendment issues to be resolved prior to the ordered evaluation, and requested that the court order an evaluation of Mr. Robertson pursuant to 18 U.S.C. §4241. See Status Report. Counsel for Mr. Robinson agreed to provide any medical records in his possession to the Bureau of Prisons.

The court finds that there is "reasonable cause" to believe that defendant Kenneth Robinson "may presently be suffering from

a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. §4241(a); see also United States v. Brown, 669 F.3d 10, 16-19 (1st Cir. 2012); United States v. Ahrendt, 560 F.3d 69, 74-75 (1st Cir. 2009). This finding is based in part on the March 27, 2015 Status Report in which defense counsel states that "Mr. Robinson is in poor physical health that at time causes mental instability." In particular, counsel reports that Mr. Robinson has recently been hospitalized for hepatic encephalopathy, and a reoccurrence of that condition "would lead to a renewed concern regarding competency." This finding is also based on counsels' renewed request for a competency hearing in the May 12, 2015 Status Report.

Accordingly, pursuant to 18 U.S.C. §4241, it is hereby ORDERED that:

1. The Bureau of Prisons (the "BOP") shall conduct a psychiatric examination of Robinson in accordance with 18 U.S.C. §4247(b). The examination shall be performed by a certified psychiatrist (the "Examiner").

2. Unless otherwise ordered, the Examiner shall, no later than 45 days after Robinson's arrival at the BOP facility at

which the examination is to be conducted, prepare a report in accordance with 18 U.S.C. §4247(c). The report shall then be filed with the court under seal, and provided to counsel for Robinson and for the government.

3. The parties shall confer and report, jointly if possible but separately if necessary, no later than fourteen days after the Examiner's report is filed, their respective positions concerning:

    a) Whether Robinson is competent to stand trial.

    b) Whether a hearing should be held to address Robinson's competency and, if so, whether additional evidence should be presented at or before the hearing.

4. The parties shall promptly provide any information that the Examiner requests.

                                                             *[signature]*
                                        UNITED STATES DISTRICT JUDGE